# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-1850
_____

ROBIN PARKER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Francis J. Allman, Judge.

August 20, 2024

PER CURIAM.

AFFIRMED.

LEWIS, ROBERTS, and RAY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Robert Berry of The Law Office of Robert R. Berry P.A., Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Robert Charles "Charlie" Lee, Assistant Attorney General, Tallahassee, for Appellee.